MELINDA S. RIECHERT, State Bar No. 65504
ALEXANDER NESTOR, State Bar No. 202795
MORGAN, LEWIS & BOCKIUS LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-2212
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Defendant
Cisco Systems, Inc.


FRANK E. MAYO, State Bar No. 42972
LAW OFFICES OF FRANK E. MAYO
480 San Antonio Road, Suite 230
Mountain View, CA 94040
Tel: 650.964.8901
Fax: 650.964.7293

Attorney for Plaintiff
Bibi Bahari

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BIBI BAHARI,<br><br>      Plaintiff,<br><br>vs.<br><br>CISCO SYSTEMS, INC.<br><br>      Defendant. | Case No.: C-05-00248 PJH<br><br>**PARTIES' STIPULATION UNDER CIVIL LOCAL RULES 3-2 AND 7-12 REQUESTING ORDER TRANSFERRING ACTION TO SAN JOSE DIVISION**<br><br>(Civil Local Rules 3-2 and 7-12) |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3545072.1                               1                    Case No.: C-05-00248 PJH

PARTIES' STIPULATION UNDER CIVIL LOCAL RULES 3-2 AND 7-12 REQUESTING ORDER
TRANSFERRING ACTION TO SAN JOSE DIVISION

1  WHEREAS, Plaintiff Bibi Bahari ("Plaintiff") worked for Defendant Cisco Systems, Inc. ("Defendant") at its San Jose facility, which is located in Santa Clara County;

3  WHEREAS, Plaintiff's allegations in this lawsuit arise from her employment with Defendant and/or termination of employment therefrom;

5  WHEREAS, all acts and/or events giving rise to, or related to, the claims set forth in Plaintiff's First Amended Complaint took place, occurred and/or arose in Santa Clara County;

7  WHEREAS, both Defendant and all of the relevant witnesses are located in San Jose, it would be more convenient for the parties and witnesses if the case was reassigned to the San Jose Division;

10  WHEREAS, Plaintiff filed this action on January 18, 2005, in the Northern District of California;

12  WHEREAS, Plaintiff retained new counsel on March 4, 2005, and filed her First Amended Complaint on March 8, 2005;

14  WHEREAS, the case was originally assigned to Magistrate Judge James Larson in the San Francisco Division;

16  WHEREAS, On May 5, 2005, Defendant filed a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge form;

18  WHEREAS, subsequently, the action was reassigned to the Honorable Phyllis J. Hamilton in the San Francisco Division, where it is currently venued;

20  WHEREAS, according to Civil Local Rule 3-2(e), "all civil actions which arise in the count[y] of Santa Clara . . . shall be assigned to the San Jose Division." "[A] civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred . . ." Civil Local Rule 3-2(c) [emphasis added];

24  THEREFORE, the parties, through their undersigned counsel, hereby stipulate and request an order from the Court transferring this action to the San Jose Division pursuant to Civil Local Rule 3-2.

Morgan, Lewis & Bockius LLP
Attorneys At Law
Palo Alto

1-PA/3545072.1         2         Case No.: C-05-00248 PJH
PARTIES' STIPULATION UNDER CIVIL LOCAL RULES 3-2 AND 7-12 REQUESTING ORDER TRANSFERRING ACTION TO SAN JOSE DIVISION

| | | |
|---|---|---|
| 1 | Dated: May 27, 2005 | MORGAN, LEWIS & BOCKIUS LLP |
| 2 | | |
| 3 | | By _____ |
| 4 | | Alexander Nestor<br>Attorneys for Defendant |
| 5 | | Cisco Systems, Inc. |
| 6 | | |
| 7 | Dated: May __, 2005 | LAW OFFICES OF FRANK E. MAYO |
| 8 | | |
| 9 | | By _____<br>Frank E. Mayo |
| 10 | | Attorneys for Plaintiff<br>Bibi Bahari |

### ORDER

PURSUANT TO THE STIPULATION, the Court finds that the proper venue for this action is the San Jose Division of the Northern District of California. Consequently, IT IS ORDERED that the action is hereby transferred to the San Jose Division of the Northern District of California.

Dated: ~~May~~ June 2, 2005

_____
Honorable Phyllis J. Hamilton

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
PALO ALTO

1-PA/3545072.1    3    Case No.: C-05-00248 PJH
PARTIES' STIPULATION UNDER CIVIL LOCAL RULES 3-2 AND 7-12 REQUESTING ORDER
TRANSFERRING ACTION TO SAN JOSE DIVISION

1  Dated: May 27, 2005                       MORGAN, LEWIS & BOCKIUS LLP
2
3                                            By _____
4                                            Alexander Nestor
                                             Attorneys for Defendant
5                                            Cisco Systems, Inc.
6
7  Dated: May 31, 2005                       LAW OFFICES OF FRANK E. MAYO
8
9                                            By _____
                                             Frank E. Mayo
10                                           Attorneys for Plaintiff
                                             Bibi Bahari
11
12
13                                       **ORDER**
14       PURSUANT TO THE STIPULATION, the Court finds that the proper venue for this
15  action is the San Jose Division of the Northern District of California. Consequently, IT IS
16  ORDERED that the action is hereby transferred to the San Jose Division of the Northern District
17  of California.
18
19  Dated: May ___, 2005
20                                           _____
                                             Honorable Phyllis J. Hamilton
21
22
23
24
25
26
27
28

MORGAN, LEWIS &
BOCKIUS LLP       1-PA/3545072.1                  3                Case No.: C-05-00248 PJH
ATTORNEYS AT LAW                    PARTIES' STIPULATION UNDER CIVIL LOCAL RULES 3-2 AND 7-12 REQUESTING ORDER
Palo Alto                                      TRANSFERRING ACTION TO SAN JOSE DIVISION