1  STANLEY G. HILTON, sba NO. 65990.
   LAW OFFICES OF STANLEY G. HILTON
2  2570 NORTH FIRST ST.,   SUITE 200
   SAN JOSE, CA 95131
3  Tel: (415) 378 6142, (408) 273 4593
   Fax: (408) 273 4555, (415) 276 2388
4  e mail: stavros3589@aol.com

5  Attorney for Plaintiff, BIBI BAHARI

6

7
                    UNITED STATES  DISTRICT COURT
8
                    NORTHERN DISTRICT OF CALIFORNIA
9
                                           *E-FILED - 10/18/05*
10

11 BIBI BAHARI,              )        Case No.: C-05-00248-RMW
                             )
12                           )
          Plaintiff,         )        ORDER GRANTING
13 v.                        )
                                      **NOTICE OF SUBSTITUTION OF**
14                                    **ATTORNEY FOR PLAINTIFF AND**
                                      **REQUEST FIR JUDGE TO APPROVE**
15                                    **SUBSTITUTION**
   CISCO SYSTEMS, INC.
16

17      PLAINTIFF BIBI BAHARI HEREBY SUBSTITUTES STANLEY G

18 HILTON IN PLACE OF FRANK MAYO AS HER ATTORNEY OF RECORD
19
   ON THIS CASE.
20

21 DATE: JULY 9 2005

22
   _____/S/_____
23

24 BIBI BAHARI, PLAINTIFF

25

26

27 Plt SUBST OF ATTY
   BAHARI VS CISCO
28
                                                              1

1
2
3   I ACCEPT THIS SUBSTITUTION:
4   DATE 7 9 05
5
6   _____/S/_____\
7   STANLEY G HILTON
8
9
10   IT IS SO ORDERED.
11
12   Dated: 10/18/05                    /s/ Ronald M. Whyte
                                        U.S. District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27   Plt SUBST OF ATTY
     BAHARI VS CISCO
28                                                                    2