**E-FILED on** 10/18/2005

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIBI BAHARI,<br><br>           Plaintiff,<br><br>     v.<br><br>CISCO SYSTEMS, INC.,<br><br>           Defendant. | No. C-05-00248 RMW<br><br>ORDER GRANTING DISMISSAL PURSUANT TO STIPULATION<br><br>**[Re Docket No. 29]** |

Pursuant to the stipulation of counsel, the case is dismissed without prejudice.

DATED:     10/18/2005                          /s/ Ronald M. Whyte
                                                              RONALD M. WHYTE
                                                              United States District Judge

ORDER GRANTING DISMISSAL—No. C-05-00248 RMW
JAH

1 **Notice of this document has been electronically sent to:**

2 **Counsel for Plaintiff:**

3 Stanley Hilton          stavros3589@aol.com

4 **Counsel for Defendant:**

5 Alexander Nestor        anestor@morganlewis.com

6

7 Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

8

9

10 **Dated:**        10/18/2005                    /s/ JH
                                          **Chambers of Judge Whyte**

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28